UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al., | CASE NO. 3:21-cv-05185-JHC |
| Plaintiffs, | ORDER |
| v. | |
| TIG INSURANCE CO., et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' motion for a trial continuance. Dkt. # 49.[1] Defendant TIG Insurance Company opposes the motion. Dkt. # 52. Having reviewed the filings related to the motion and the record, the Court DENIES the Motion.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of August, 2022.

John H. Chun
United States District Judge

---

[1] The moving papers also raised discovery issues, which were addressed by Magistrate Judge David Christel. Dkt. # 63.

ORDER - 1