UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TIG INSURANCE CO., et al., <br><br> Defendants. | CASE NO. 3:21-cv-05185-JHC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' Motion for a Continuance. Dkt. # 72. The motion is unopposed. Having reviewed the motion and the record, the Court GRANTS the Motion. Plaintiffs requested that the date be moved "at least a week" to September 30, 2022. Since that date has passed, the Court is setting Monday, October 17, 2022 as the deadline for the parties to submit a joint discovery motion.

Dated this 12th day of October, 2022.

John H. Chun
United States District Judge

ORDER - 1