UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al., | CASE NO. 3:21-cv-05185-JHC |
| Plaintiffs, | ORDER |
| v. | |
| TIG INSURANCE CO., et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' request "to file a 36-page brief on under Rules 7(e)(3) and 7(f) on November 2, 2022." Dkt. # 87. The Court has reviewed the request, the opposition thereto, and the case file. The request was not properly filed and noted as a motion. *See* LCR 7. Further, the Court does not see a basis to grant leave to make an exception to LCR 7(e)(3) in these circumstances. Accordingly, the Court DENIES the request.

Dated this 31st day of October, 2022.

John H. Chun
United States District Judge

ORDER - 1