# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW BECKER, et al., | Case No. 3:21-cv-05185-BHS |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF NATHAN FURMAN** |
| v. | |
| TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, et al., | |
| Defendants | |

TO: The Clerk of the Court;

AND TO: All Parties and their Counsel of Record.

**PLEASE TAKE NOTICE** that Nathan Furman hereby withdraws as counsel of record for Defendant Atlantic Casualty Insurance effective immediately. Timothy Irving of Tyson & Mendes will remain counsel of record for the same. All notices, motions, pleadings, and other papers, exclusive of original process, should be served upon Timothy Irving at Tyson & Mendes.

NOTICE OF WITHDRAWAL OF NATHAN FURMAN - 1
(Case No. 3:21-cv-05185-BHS)

**TYSON & MENDES LLP**
811 First Ave., Suite 260
Seattle, WA 98104
Tel.: 206-420-4267 Fax: 206-420-4375

|   |   |
|---|---|
| 1 | Dated this 4th day of January, 2023. |
| 2 | By */s/Nathan Furman* |
| 3 | Nathan Furman, WSBA # 32381 |
| 4 | TYSON & MENDES LLP |
|   | 811 First Ave., Suite 260 |
| 5 | Seattle, WA 98104 |
| 6 | Tel.: 206-420-4267 |
| 7 | Email: nfurman@tysonmendes.com |
| 8 | and |
| 9 | Timothy P. Irving (*pro hac vice*) |
| 10 | TYSON & MENDES LLP |
|   | 5661 La Jolla Blvd. |
| 11 | La Jolla, CA 92037 |
| 12 | Tel.: 858-459-4400 |
|   | Email: tirving@tysonmendes.com |
| 13 | *Attorneys for Defendant* |
| 14 | *Atlantic Casualty Insurance Company* |

NOTICE OF WITHDRAWAL OF NATHAN FURMAN - 2
(Case No. 3:21-cv-05185-BHS)

**TYSON & MENDES LLP**
811 First Ave., Suite 260
Seattle, WA 98104
Tel.: 206-420-4267 Fax: 206-420-4375

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in accordance with Fed. R. Civ. P. 5(d)(1)(B).

DATED: January 4, 2023

*/s/Margaret Lobo*
Margaret Lobo, Legal Assistant

NOTICE OF WITHDRAWAL OF NATHAN FURMAN - 3
(Case No. 3:21-cv-05185-BHS)

**TYSON & MENDES LLP**
811 First Ave., Suite 260
Seattle, WA 98104
Tel.: 206-420-4267 Fax: 206-420-4375