**Honorable John H. Chun**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MATTHEW BECKER, a Washington resident; LAUREN KUEHNE, a Washington resident; ADAM CRISWELL, a Washington resident; KRYSTAL CRISWELL, a Washington resident; ALFEE DIXON, a Washington resident; TYSON FARLEY, a Washington resident; DONALD FINISTER SR., a Washington resident; CHRISTOPHER HART, a Washington resident; JASON KOVACK, a Washington resident; RICKY LORENSIUS, a Washington resident; HEATHER MAREK, a Washington resident; MICHAEL MARTIN, a Washington resident; DAISEY MARTINEAR, a Washington resident; GRACE MATEIAK, a Washington resident; IAN MATEIAK, a Washington resident; JOHN MELOPRIETO, a Washington resident; TRAVIS NEUMAN, a Washington resident; ARIEL NEUMAN, a Washington resident; MICHELLE PAULINO, a Washington resident; JOHN PAULINO, a Washington resident; JAMES RAMPONI, a Washington resident; LINDSEY RAMPONI, a Washington resident; ERIC MCCANDLESS, a Washington resident; PAIGE ROE, a Washington resident; PAUL ROHRER, a Washington resident; ANDREW SICAT, a Washington resident; NICOYA MCKINSEY, a Washington resident; JEREMY SIERRA, a Washington resident; ERICA SIERRA, a Washington resident; DARIUS USMAN, a Washington resident; KRISTEN ZABAGLO, a Washington resident; DAVID WILSON, a Washington resident; IAN LAUGHLIN, a Washington resident; SHELLY LAUGHLIN, a Washington resident; TAMMARA BOYLES, a Washington resident; and BOBBY BOYLES, a | Cause No. 3:21-cv-05185-JHC<br><br>PLAINTIFFS MOTION TO ENTER AMENDED MOTIONS IN LIMINE<br><br>Noting Date: January 13, 2023 |

PLAINTIFFS MOTION FOR A TRIAL
CONTINUANCE - 1
(Cause No. 3:21-cv-05185-JHC)

**SKOGLUND LAW LLC**
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | Washington resident; LAIN SUPE, a Washington resident; TIM WRIGLEY, a Washington resident; BILLY LUNSFORD, a Washington resident; ROBIN LUNSFORD, a Washington resident; CAMERON FLEWELLEN, a Washington resident; CHELSEA FLEWELLEN, a Washington resident; MOHAMMAD SIDDIQUE, a Washington resident; AMY HO, a Washington resident; MATTHEW GROFF, a Washington resident;<br><br>                Plaintiffs,<br>    vs.<br><br>TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer; ARCH EXCESS & SURPLUS INSURANCE COMPANY, a foreign insurer; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurer; TRAVELERS INDEMNITY COMPANY, a foreign insurer; ARCH INSURANCE GROUP, a foreign insurer; ATLANTIC CASUALTY INSURANCE COMPANY, a foreign insurer; NEVADA CAPITAL INSURANCE COMPANY, a foreign insurer; NAUTILUS INSURANCE COMPANY, a foreign insurer; WESTERN WORLD INSURANCE, a foreign insurer; OHIO CASUALTY INSURANCE COMPANY, a foreign insurer; PREFERRED CONTRACTORS INSURANCE CO. RRG LLC, a foreign insurer;<br><br>                Defendants. | |

## I.    INTRODUCTION

Plaintiffs, by and through their attorney of record, ask the Court to grant their motion to file amended motions in limine. On December 22, 2022, the homeowners sent TIG drafts of their motions in limine. Unfortunately, the homeowner's counsel became extremely ill after

PLAINTIFFS MOTION FOR A TRIAL CONTINUANCE - 2
(Cause No. 3:21-cv-05185-JHC)

SKOGLUND LAW LLC
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777

Christmas, so they had to file the drafts or miss the deadline. The basic facts and arguments are already in the record. However, they are drafts with missing legal and fact citations. The homeowners have finalized the motions in limine and combined them into one document to bring them into compliance with the local rules. The homeowners' amended motions in limine are attached to the fourteenth declaration of Todd Skoglund as Exhibit 10.

## II. FACTS

The homeowners' sent their motions in limine to TIG on December 22, 2022, a week before they were due on December 27, 2022. (Fourteenth Declaration of Todd Skoglund Ex. 8). On December 24, 2022, the homeowner's counsel's daughter fell extremely ill for 36 hours. (Fourteenth Decl. Skoglund ¶ 6) After a few hours of rest and work, the homeowner's counsel came down with the same illness and was extremely sick for three days. Being unable to work and finalize the motions in limine on December 27, 2022, the homeowner's counsel was forced to file the drafts he had sent TIG the previous week. (Fourteenth Decl. Skoglund ¶ 6.).

Although still ill, the homeowner's counsel started working again on December 31, 2022, but he missed several federal filing dates. The homeowner's counsel has diligently tried to catch up but is a solo practitioner. A family emergency involving heart surgery had already set him behind schedule. While already playing catch up, he fell ill; this put him further behind. Since returning to work, he has worked nine or more hours every day. The homeowners reached out to discuss and see if TIG would stipulate but withholdings the trial preparation were unable to connect.

## III. RELIEF REQUESTED

The plaintiffs request the court grant the homeowner's motion to file their amended motions in limine.

PLAINTIFFS MOTION FOR A TRIAL
CONTINUANCE - 3
(Cause No. 3:21-cv-05185-JHC)

Skoglund Law LLC
704 228ᵀᴴ Ave. NE #186
Sammamish, WA 98074
Phone: 425.406.6777

## IV. DISCUSSION

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified for a good cause and with the judge's consent. *See also* Local Civil Rule ("LCR") 16(b)(6); Fed.R.Civ.P. 6(b)(1)(A). "[R]equests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (internal quotations and alterations omitted).

There was nothing the homeowner's counsel could do but file the drafts, and there is no prejudice as TIG had drafts of most of the motion in limine since December 22, 2022.

## V. Conclusion

The draft motions in limine filed to make the necessary arguments, but they still need to be completed as all are drafts. It is not the homeowner's fault that their counsel became extremely ill, and they should not be punished for his illness. The homeowners amended motions in limine are attached to the fourteenth declaration of Todd Skoglund as Exhibit 10.

DATED this eighth day of January 2023

> **SKOGLUND LAW LLC**
> By: /s/ Todd K. Skoglund
> Todd K. Skoglund, WSBA #30403
> 704 228th Ave. NE #186
> Sammamish, WA 98074
> Telephone: (425) 406-6777
> Email: todd@skoglundlaw.com
> Attorney for Plaintiffs

PLAINTIFFS MOTION FOR A TRIAL CONTINUANCE - 4
(Cause No. 3:21-cv-05185-JHC)

SKOGLUND LAW LLC
704 228TH AVE. NE #186
SAMMAMISH, WA 98074
PHONE: 425.406.6777