UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TIG INSURANCE CO., et al.,<br><br>    Defendants. | CASE NO. 3:21-cv-05185-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion for Reconsideration. Dkt. # 147. The Court has considered the motion and the balance of the record. "Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). They will not be granted absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* The Court has discretion in deciding whether to grant a motion for reconsideration. *See Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003). Plaintiffs have not shown manifest error in the Court's order. *See* Dkt. # 121. Thus, the Court DENIES the motion.

ORDER - 1

Dated this 12th day of January, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2