UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al., | CASE NO. 3:21-cv-05185-JHC |
| Plaintiffs, | ORDER |
| v. | |
| TIG INSURANCE CO., et al., | |
| Defendants. | |

This matter comes before the Court on Defendant TIG Insurance Company's Motion for Reconsideration of Limited Issues on Summary Judgment Motion. Dkt. # 144. The Court has considered the motion and the balance of the record. "Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). They will not be granted absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* The Court has discretion in deciding whether to grant a motion for reconsideration. *See Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003). Plaintiffs have not shown manifest error in the Court's order. *See* Dkt. # 121. Thus, the Court DENIES the motion.

ORDER - 1

Dated this 12th day of January, 2023.

                                                     John H. Chun
                                                   United States District Judge

ORDER - 2