UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al., | CASE NO. 3:21-cv-05185-JHC |
| Plaintiffs, | ORDER |
| v. | |
| TIG INSURANCE CO., et al., | |
| Defendants. | |

This matter comes before the Court on Defendant TIG Insurance Company's Second Set of Motions *in Limine*. Dkt. # 128. The Court has considered the material submitted in support of the motion as well as the balance of the case file. Plaintiffs' response was due yesterday, and they did not file one. *See* LCR 7(d)(4). The Court rules as follows:

1. Motion re Evidence or Argument About the Breach of Contract Claim for Indemnity (MOTION 8)

    GRANTED.

2. Motion re Evidence or Argument About Negligence (MOTION 9)

    GRANTED.

ORDER - 1

3. Motion re Evidence or Argument About Bad Faith Claims Relating to Gillaspy & Rhode's Services (MOTION 10)

   GRANTED.

4. Motion re Evidence or Argument About Negligent Misrepresentation Claims (MOTION 11)

   GRANTED.

5. Motion re Evidence of Bad Faith With Respect to TIG's November 15, 2018 Letter (MOTION 12)

   GRANTED.

6. Motion re Evidence That TIG's Withdrawal of its Defense Was In Bad Faith (MOTION 13)

   GRANTED.

7. Motion re Evidence or Arguments Relating to Equitable Estoppel (MOTION 14)

   GRANTED.

8. Motion re Evidence of Insurance Fair Conduct Act ("IFCA") Claim (MOTION 15)

   GRANTED.

Dated this 18th day of January, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2