Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MATTHEW BECKER, *et al.*,

    Plaintiffs,

v.

TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, *et al.*,

    Defendants

Case No. 3:21-cv-05185-JHC

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT ATLANTIC CASUALTY INSURANCE COMPANY**

The Stipulated Motion for Dismissal filed by Plaintiffs Mathew Becker, *et al.* and Defendant Atlantic Casualty Insurance Company (Dkt.# 156) is hereby GRANTED. Plaintiffs' claims against Atlantic Casualty Insurance Company are dismissed with prejudice, without an award of fees or costs, and Atlantic Casualty Insurance Company is terminated as a party in this case.

**IT IS SO ORDERED:**

DATED: January 18, 2023

                                             HON. JOHN H. CHUN
                                             UNITED STATES DISTRICT JUDGE

**Presented by:**

TYSON & MENDES LLP


_____/s/ Timothy P. Irving_____
Timothy P. Irving (*pro hac vice*)
tirving@tysonmendes.com

*Attorneys for Defendant Atlantic Casualty Insurance Company*