UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TIG INSURANCE CO., et al.,<br><br>    Defendants. | CASE NO. 3:21-cv-05185-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion to Certify Questions to the Washington State Supreme Court. Dkt. # 171. Trial is set for tomorrow. Plaintiffs do not explain why they waited until the "eve of trial" to file their motion. Nor does the Court see any good reason for the delay. Furthermore, the Court does not see any merit to the motion. To be sure, the Court is concerned that the motion is a late attempt to have the trial continued, after the Court denied Plaintiffs' motion for such a continuance last week. Accordingly, the Court DENIES the motion as untimely and lacking merit.

Dated this 30th day of January, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1