UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TIG INSURANCE CO., et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:21-cv-05185-JHC<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court *sua sponte*. Earlier today, the Court received Plaintiffs' letter to the Court and counsel. Dkt. # 174. As it is clear from the letter that Plaintiffs are not prepared to proceed to trial tomorrow, the Court STRIKES the trial date. Furthermore, the Court ORDERS the parties to show cause as to whether this case should be dismissed. The briefing should address these questions:

　　　1. Should the case be dismissed under Fed. R. Civ. P. 41(b) and/or any other authority?

　　　2. If so, should dismissal be with or without prejudice?

　　　3. What, if any, findings and/or conclusions by the Court are necessary with respect to the question whether dismissal is warranted?

ORDER TO SHOW CAUSE - 1

Each side must file an opening brief (not to exceed fifteen (15) pages) by 5 p.m., Thursday, February 2, 2023.  And each side may file a response brief (not to exceed ten (10) pages) by 5 p.m., Monday, February 6, 2023.  The parties must submit proposed orders in Word format.

Dated this 30th day of January, 2023.

                                                      John H. Chun
                                                      United States District Judge