UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>TIG INSURANCE CO., et al.,<br><br>                Defendants. | CASE NO. 3:21-cv-05185-JHC<br><br>ORDER RE: DEFENDANT TIG INSURANCE CO.'S MOTION TO SEAL DKT. NO. 164-1 |

The Court, having considered TIG Insurance Co.'s Motion to Seal Dkt. No. 164-1, hereby GRANTS the motion and ORDERS the Clerk to seal Docket No. 164-1.

Dated this 3rd day of February, 2023.

*John H. Chun*
John H. Chun
United States District Judge