UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW BECKER, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:21-cv-05185-JHC<br><br>ORDER |

Before the Court is Plaintiff's FRCP 60(b)(2) & (3) Motion. Dkt. # 211. The Court has reviewed the materials filed in support of and in opposition to the motion, pertinent parts of the record, and the governing law. Being fully advised, the Court rules as follows:

As Defendant argues, the motion, which concerns an order from over two years ago, is quite untimely. *See* Fed. R. Civ. P. 60(c)(1) (a Rule 60(b)(2) or (3) motion must be made within year of order at issue). For this reason, as well as the others presented by Defendant at Dkt. ## 216 & 222, the Court DENIES the motion.

The Court also DENIES Defendant's request for sanctions as it does not appear that the party complied with the procedures of Rule 11(c)(2).

ORDER - 1

Dated this 20th day of October, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2